IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS, INC.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SYSTEM GENERAL CORPORATION, and SYSTEM GENERAL U.S.A.,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　　　／ | No. C 04-02581 JSW<br><br>**ORDER RE ORDER DENYING SYSTEM GENERAL CORPORATION'S RENOTICED AND REVISED MOTION TO DISMISS** |

  The Court has conditionally filed under seal its Order denying System General Corporation's ("SG Taiwan") Renoticed and Revised Motion to Dismiss. The Court has conditionally filed this Order under seal because the parties had filed much of the evidence in support and opposition to the motion under seal. On a review of the briefing and the evidence, the Court believes that the parties have over-designated materials to be filed under seal, and will take this up with the parties at the next case management conference.

  In the interim, SG Taiwan is HEREBY ORDERED to submit to the Court by May 13, 2005, a showing demonstrating which, if any, portions of the Court's Order meet the standards of Northern District Civil Local Rule 79-5. The Court advises SG Taiwan that it will not permit the filing of deponent's names under seal; nor will it permit the filing of the names of SG Taiwan's customers that are publicly available on its website.

  If SG Taiwan fails to respond to this Order by May 13, 2005, the Court will unseal the

1 | Order denying the motion to dismiss and have it filed in the public record.
2 | **IT IS SO ORDERED.**

Dated: May 5, 2005          /s/ Jeffrey S. White
                            JEFFREY S. WHITE
                            UNITED STATES DISTRICT JUDGE