**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS SYSTEMS, INC., | |
| Plaintiff, | No. C 04-02581 JSW |
| v. | |
| SYSTEM GENERAL CORPORATION, et al. | **ORDER LIFTING SEAL** |
| Defendants. | |

On May 5, 2005, this Court issued an Order denying Defendant System General Corporation's ("SG Taiwan") motion to dismiss for lack of personal jurisdiction. The Court filed the Order under seal on a conditional basis to give SG Taiwan a chance to advise the Court on its position as to whether the Order contained confidential or sensitive information that should remain under seal pursuant to Northern District Civil Local Rule 79-5. SG Taiwan has now informed the Court that the Order may be filed in the public record.

Accordingly, it is HEREBY ORDERED that the conditional seal on the Order denying SG Taiwan's motion to dismiss, Docket No. 114, is lifted and the Order shall be filed in the public record.

**IT IS SO ORDERED.**

Dated: May 23, 2005

      /s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE