Scott R. Mosko (State Bar No. 106070)
E-Mail:  scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Stanford Research Park
700 Hansen Way
Palo Alto, California  94304
Telephone:    (650) 849-6600
Facsimile:     (650) 849-6666

E. Robert Yoches (*Admitted Pro Hac Vice*)
E-Mail:  bob.yoches@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W..
Washington, D.C.  20001-4413
Telephone:    (202) 408-4000
Facsimile:     (202) 408-4400

John R. Alison (*Admitted Pro Hac Vice*)
E-Mail:  john.alison@finnegan.com
Ya-Chiao Chang (*Admitted Pro Hac Vice*)
E-Mail:  ya-chi.chang@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
12D, 167 DunHua North Road
Taipei 105, Taiwan, R.O.C.
Telephone:    011-886-22-712-7001
Facsimile:     011-886-22-712-7080

Attorneys for DefendantS
System General Corporation - Taiwan
and System General USA
aka System-General Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SYSTEM GENERAL CORPORATION, a Taiwanese corporation, and SYSTEM GENERAL USA, a California corporation,<br><br>Defendants. | CASE NO. C 04 2581  JSW<br><br>**STIPULATION AND [PROPOSED] ORDER AFTER CASE MANAGEMENT CONFERENCE HELD ON MAY 20, 2005** |

On May 20, 2005, the parties appeared for a Case Management Conference.  Scott R. Mosko appeared on behalf of Defendants.  Howard G. Pollack appeared on behalf of Plaintiff.  The parties have discussed the Minutes of the hearing, filed on May 23, 2005 and believe these minutes are inaccurate in two respects.  Pursuant to a telephone call from this Court's deputy clerk, the parties provide this stipulation which they believe accurately reflect CMC.

IT IS HEREBY STIPULATED that

(1)     SG-Taiwan has advised that shortly after the International Trade Commission ("ITC") institutes an investigation as a result of the Complaint filed before it by Plaintiff, SG-Taiwan will exercise it's rights to stay pursuant 28 U.S.C. § 1659;

(2)     The Court indicated that, if the ITC institutes an investigation and the parties jointly request a stay of this matter with regard to SG-USA for the duration of the ITC investigation, the Court would be inclined to grant such a stay.  If the parties desire a stay of the matter as to SG-USA, the parties shall file a stipulation and proposed order to that effect at the same time SG-Taiwan files its request for a stay pursuant to16 U.S.C. § 1659.  Alternatively, within five days after SG-Taiwan files its Request for a stay pursuant to 16 U.S.C. § 1659, SG-USA may file a pleading not to exceed five pages that addresses a proposal to extricate itself from this action.   Within five days of the SG-USA pleading, Plaintiff may file a responsive pleading not to exceed five pages; and

///

///

///

///

///

///

///

///

///

///

STIPULATION AND [PROPOSED] ORDER AFTER CASE
MANAGEMENT CONFERENCE HELD ON MAY 20, 2005
CASE NO. C 04 2581  JSW

(3)     By his signature below counsel for defendants certifies that he has obtained permission from Plaintiff's counsel Howard Pollack to file this pleading with the Mr. Pollack's electronic signature.

Dated:  May 23, 2005                    FINNEGAN, HENDERSON, FARABOW,
                                        GARRETT & DUNNER, L.L.P.


                                        By:_____/s/_____
                                             Scott R. Mosko
                                             Attorneys for Defendant
                                             System General Corporation- Taiwan



Dated:  May 23, 2005                    FISH & RICHARDSON P.C.



                                        By:_____/s/_____
                                             Howard G. Pollack
                                             Attorneys for Plaintiff
                                             Power Integrations, Inc.



**IT IS SO ORDERED**


Dated: ____May 24, 2005____             ____/s/ Jeffrey S. White_____
                                             Honorable Jeffrey S. White
                                             United States District Court Judge

STIPULATION AND [PROPOSED] ORDER AFTER CASE
MANAGEMENT CONFERENCE HELD ON MAY 20, 2005
CASE NO. C 04 2581  JSW