1  Scott R. Mosko (State Bar No. 106070)
   E-Mail: scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   700 Hansen Way
4  Palo Alto, California 94304
   Telephone:   (650) 849-6600
5  Facsimile:   (650) 849-6666

6  See Additional Attorneys Listed on Last Page

7  Attorneys for Defendants
   System General Corporation
8  and System General USA
   aka System-General Corporation
9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13 | POWER INTEGRATIONS, INC., a Delaware corporation, | CASE NO. C 04 2581 JSW |
|---|---|
14 |                      | **STIPULATION AND [PROPOSED]** |
   |  Plaintiff,          | **ORDER STAYING THE ACTION** |
15 |                      | **PURSUANT TO 28 U.S.C. SECTION** |
   |  v.                  | **1659** |
16 | SYSTEM GENERAL CORPORATION, a | |
17 | Taiwanese corporation, and SYSTEM GENERAL USA, a California corporation, | |
18 |                      | |
   |  Defendants.         | |
19

Doc. No. 423713

STIPULATION AND [PROPOSED] ORDER STAYING THE
ACTION PURSUANT TO 28 U.S.C. SECTION 1659
CASE NO. C 04 2581 JSW

The parties through their respective counsel hereby stipulate as follows:

1. As a result of the investigation instituted by the International Trade Commission ("ITC"), which names System General Corporation ("SG-Taiwan") as a respondent, SG-Taiwan has advised Plaintiff Power Integrations, Inc. ("PI") that it will exercise its rights pursuant to 28 U.S.C. § 1659 to stay this action in the federal district court involving the same issues before the ITC.

2. Defendant System General USA ("SG-USA") has advised PI that it will request the Court to stay this action during the pendency of the ITC proceeding. Pursuant to this Court's May 24, 2005 Order, under these circumstances the Court "would be inclined to grant [SG-USA's request for] stay."

3. Pursuant to SG-Taiwan and SG-USA's request for stay consistent with 28 U.S.C. § 1659, the parties to this action request the Court enter a stay until the decision of the ITC in its investigation becomes final.

4. Howard G. Pollack has authorized Scott R. Mosko to electronically sign this pleading on his behalf.

Dated: June 10, 2005             FINNEGAN, HENDERSON, FARABOW,
                                 GARRETT & DUNNER, L.L.P.


                                 By:      /s/
                                     Scott R. Mosko
                                     Attorneys for Defendants
                                     System General Corporation
                                     and System General USA


Dated: June 10, 2005             FISH & RICHARDSON P.C.


                                 By:      /s/
                                     Howard G. Pollack
                                     Attorneys for Plaintiff
                                     Power Integrations, Inc.

Doc. No. 423713              1              STIPULATION AND [PROPOSED] ORDER STAYING THE
                                            ACTION PURSUANT TO 28 U.S.C. SECTION 1659
                                            CASE NO. C 04 2581 JSW

# [Proposed] ORDER

Upon good cause shown, IT IS HEREBY ORDERED that this action is stayed pursuant to 28 U.S.C. Section 1659. The stay will be dissolved upon any party filing a notice with this Court that the ITC's decision in its investigation has become final.

Dated: June 10, 2005

/s/ Jeffrey S. White
Honorable Jeffrey S. White
United States District Judge

Additional Counsel:

E. Robert Yoches (*Admitted Pro Hac Vice*)
E-Mail: bob.yoches@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W..
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

John R. Alison (*Admitted Pro Hac Vice*)
E-Mail: john.alison@finnegan.com
Ya-Chiao Chang *(Admitted Pro Hac Vice)*
E-Mail: ya-chi.chang@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
12D, 167 DunHua North Road
Taipei 105, Taiwan, R.O.C.
Telephone: 011-886-22-712-7001
Facsimile: 011-886-22-712-7080