IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS. INC, a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>SYSTEM GENERAL CORPORATION, a Taiwanese corporation, and SYSTEM GENERAL USA, a California corporation,<br><br>    Defendants.                   / | No. C 04-02581 JSW<br><br>**ORDER REQUIRING STATUS REPORTS** |

On June 10, 2005, this Court stayed this action pursuant to the parties' stipulation, pending the outcome of a proceeding before the International Trade Commission. The Court HEREBY ORDERS the parties to submit a joint status report on October 7, 2005, and every ninety (90) days thereafter, regarding the status of the proceedings and when or if the parties expect the stay to be lifted.

**IT IS SO ORDERED.**

Dated: August 11, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE