IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

POWER INTEGRATIONS, INC.,

    Plaintiff,

v.

SYSTEM GENERAL CORPORATION, et al.,

    Defendants.
    /

No. C 04-02581 JSW

**ORDER LIFTING STAY AND SETTING CASE MANAGEMENT CONFERENCE**

    The Court has received Power Integrations, Inc.'s notice that the International Trade Commission's investigation, which led to the stay in this action, has become final. Accordingly, the stay is HEREBY LIFTED.

    The parties are HEREBY ORDERED to appear for a case management conference on Friday, December 1, 2006 at 1:30 p.m. The parties shall submit a joint case management conference statement by no later than Friday, November 17, 2006.

    **IT IS SO ORDERED.**

Dated: October 16, 2006

                                                      JEFFREY S. WHITE
                                                      UNITED STATES DISTRICT JUDGE