1  Scott R. Mosko (State Bar No. 106070)
   FINNEGAN, HENDERSON, FARABOW,
2    GARRETT & DUNNER, L.L.P.
   Stanford Research Park
3  700 Hansen Way
   Palo Alto, California  94304
4  Telephone:   (650) 849-6600
   Facsimile:   (650) 849-6666
5
   E. Robert Yoches (*Admitted Pro Hac Vice*)
6  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
7  1300 I Street. N.W.
   Washington, D.C.  20005-3315
8  Telephone:   (202) 408-4000
   Facsimile:   (202) 408-4400
9
   John R. Alison (*Admitted Pro Hac Vice*)
10 FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
11 12D, 167 DunHua North Road
   Taipei 105, Taiwan, R.O.C.
12 Telephone:   011-886-22-712-7001
   Facsimile:   011-886-22-712-7080
13
   Attorneys for Defendants
14 System General Corporation
   and System General USA
15 aka System-General Corporation

                    **RECEIVED**
                    06 OCT 26 PM 3:24
                    RICHARD W. WIEKING
                    CLERK, U.S. DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA

                    E-Filing

                    **ORIGINAL**

16                UNITED STATES DISTRICT COURT

17               NORTHERN DISTRICT OF CALIFORNIA

18                  SAN FRANCISCO DIVISION

19

20 POWER INTEGRATIONS, INC., a Delaware      CASE NO. C 04 2581  JSW
   corporation,
21
              Plaintiff,                     **APPLICATION OF ELIZABETH A.**
22                                           **NIEMEYER TO APPEAR AS**
        v.                                   **COUNSEL *PRO HAC VICE* AND**
23                                           **[PROPOSED] ORDER**
   SYSTEM GENERAL CORPORATION, a
24 Taiwanese corporation, and SYSTEM GENERAL
   USA, a California corporation,
25
              Defendants.
26

27

28

1     Under Civil L.R. 11-3, Elizabeth A. Niemeyer, an active member in good standing of the bar
2 of the District of Columbia, whose business address and telephone number is: FINNEGAN,
3 HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P., 901 New York Avenue, NW,
4 Washington, D.C. 2001-4413, phone (202) 408-4000, hereby applies for admission to practice in the
5 Northern District of California on a *pro hac vice* basis representing System General Corporation and
6 System General USA a.k.a. System-General Corporation in the above-titled action.
7     In support of this application, I certify on oath that:
8   1.     I am an active member in good standing of a United States Court or of the highest
9 court of another State or the District of Columbia, as indicated above;
10   2.     I agree to abide by the Standards of Professional Conduct set forth in Civil Local
11 Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become
12 familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court;
13 and,
14   3.     An attorney who is a member of the bar of this Court in good standing and who
15 maintains an office within the State of California has been designated as co-counsel in the
16 above-titled action. The name, address and telephone number of that attorney is:

    Scott R. Mosko
    FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
    Stanford Research Park
    3300 Hillview Avenue
    Palo Alto, CA 94304
    Tel: (650) 849-6600
    Fax: (650) 849-6666

1 | I declare under penalty of perjury under the laws of the United States that the foregoing is
2 | true and correct.

3 | Dated: October 22, 2006

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.

By: /s/ E. Niemeyer
Elizabeth A. Niemeyer
Attorneys for Defendant
System General Corporation, System General USA

## [PROPOSED] ORDER

Upon good cause shown, IT IS HEREBY ORDERED THAT Elizabeth A. Niemeyer is granted *pro hac vice* status in this matter.

Dated: OCT 3 1 2006

/s/ Jeffrey S. White
Honorable Jeffrey S. White
United States District Judge