1  Scott R. Mosko (State Bar No. 106070)
   E-Mail:  scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California  94304
   Telephone:     (650) 849-6600
5  Facsimile:      (650) 849-6666

6  Attorneys for Defendants
   System General Corporation - Taiwan
7  and System General USA
   aka System-General Corporation
8

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

13 | POWER INTEGRATIONS, INC., a Delaware corporation, | CASE NO. C 04 2581  JSW |
14 | | **STIPULATION AND [PROPOSED] ORDER STAYING LITIGATION PENDING APPEAL OF RELATED INTERNATIONAL TRADE COMMISSION PROCEEDING AND WITHDRAWAL OF MOTION FOR STAY AND ITS OPPOSITION** |
15 | Plaintiff, | |
16 | v. | |
17 | SYSTEM GENERAL CORPORATION, a Taiwanese corporation, and SYSTEM GENERAL USA, a California corporation, | |
18 | | |
19 | Defendants. | |

20

21

22

23

24

25

26

27

28

Doc. No. 455483

STIPULATION AND [PROPOSED] ORDER
Case No. C 04 2581  JSW

1   The parties, Power Integrations, Inc. ("Power Integrations") and System General Corporation
2 and System General USA (collectively "SG") through their respective counsel hereby agree and
3 stipulate as follows:
4   WHEREAS, on June 26, 2004, Power Integrations sued SG in this action for infringing four
5 patents: U.S. Patent Nos. 6,366,481; 6,212,079; 6,351,398; and 6,538,908, and
6   WHEREAS, on June 13, 2005, the ITC instituted an investigation regarding the claims
7 alleged in this action, and
8   WHEREAS, on August 11, 2006, the ITC issued a Final Determination finding infringement,
9 and it issued a Limited Exclusion Order barring certain SG models from importation into the United
10 States, and
11   WHEREAS, on December 6, 2006, SG filed a Notice of Appeal with the Court of Appeals of
12 the Federal Circuit seeking review of the ITC's findings on several issues, and
13   WHEREAS, on December 7, 2006, SG filed a Motion to Stay in this Court, and
14   WHEREAS, on December 22, 2006, Power Integrations filed a limited Opposition to SG's
15 Motion to Stay, and
16   WHEREAS, the parties agree that this case should be stayed until the Court of Appeals of the
17 Federal Circuit renders its decision as a result of SG's appeal on the ITC's Final Determination.
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

1     **IT IS HEREBY STIPULATED AS FOLLOWS:**

2     1.    Pursuant to Local Rule 7-7(e), SG hereby withdraws its Motion for Stay, filed on

3 December 7, 2006,

4     2.    Power Integrations accordingly withdraws its Opposition to SG's Motion to Stay,

5 filed on December 22, 2006,

6     3.    This action is stayed pending a decision from the Court of Appeals of the Federal

7 Circuit regarding SG's appeal of the International Trade Commission's Final Determination in

8 Investigation 337-TA-541,

9     4.    The stay will be in effect until one of the parties serves a notice advising this Court

10 that the Court of Appeals of the Federal Circuit has rendered a decision regarding SG's appeal of the

11 International Trade Commission's Final Determination in Investigation 337-TA-541, and

12     5.    Scott R. Mosko certifies that he received authority from Tamara Fraizer to affix her

13 electronic signature to this stipulation.

14

15 Dated:   December 28, 2006         FISH AND RICHARDSON

16

17                                              By: /s/
                                                 Tamara Fraizer
                                                 Attorneys for Plaintiff
18                                                Power Integrations, Inc.

19

20 Dated:   December 28, 2006         FINNEGAN, HENDERSON, FARABOW,
21                                                GARRETT & DUNNER, L.L.P.

22

23                                              By: /s/
                                             Scott R. Mosko
24                                              Attorneys for Defendants
                                             System General Corporation - Taiwan and
25                                              System General USA

26    ///

27    ///

28    ///

1 **[PROPOSED] ORDER**

2   Upon good cause shown, IT IS HEREBY ORDERED that this case is stayed pending a

3 decision from the Court of Appeals of the Federal Circuit regarding SG's appeal of the International

4 Trade Commission's Final Determination in Investigation 337-TA-541.  Defendants' Motion to Stay

5 and Plaintiff's Opposition to Defendants' Motion to Stay are withdrawn.

6 The parties shall submit joint status reports every 90 days until the stay is lifted, and the first such report shall be due within 90 days of the date of this Order.

7 DATED:   January 3, 2007

_____
UNITED STATES DISTRICT JUDGE