Frank E. Scherkenbach (CA #142549/ scherkenbach@fr.com)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Howard G. Pollack (CA #162897/ pollack@fr.com)
Michael R.Headley (CA #220834/ headley@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SYSTEM GENERAL CORPORATION, a Taiwanese corporation; and SYSTEM GENERAL USA, a California corporation,<br><br>Defendants. | Case No. C04 2581 JSW<br><br>~~STIPULATED [PROPOSED]~~ ORDER GRANTING POWER INTEGRATIONS, INC.'S MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED<br><br>AND ORDER RELATING CASES |

As required by the Local Rules, Plaintiff Power Integrations, Inc. ("Power Integrations") has filed with the Court an Administrative Motion to Consider Whether Cases Should be Related pursuant to Civil Local Rules 3-3, 3-12 and 7-11. The Court has considered Power Integrations' Motion and related briefing.

IT IS HEREBY ORDERED THAT pursuant to Civil Local Rules 3-3 and 3-12 ~~the Court will consider whether this present action should be related to the previously filed action – *Power*~~

1  *Integrations, Inc. v. System General Corp. and System General USA,* Case No. 3:04-cv-02581-JSW
2  (N.D. Cal.). the Court HEREBY ORDERS that Power Integrations, Inc. v. Fairchild Semiconductor, et al. 09-5235 is HEREBY RELATED to Power Integrations, Inc. v.
3  System General Corp., et al. 04-2581.

4  Dated: December 9, 2009

    _____
    Honorable Jeffrey W. White
5   UNITED STATES DISTRICT COURT JUDGE

8  50687776.doc